# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _06-80034-CR- Hurley / Vi.tunac_

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA,

vs.

RAFAEL RAMIREZ, JR.,

                    Defendant.

_____/

FILED by _____ D.C.

MAR 1 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning on or about September 25, 2005, and continuing through on or about October 4, 2005, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### RAFAEL RAMIREZ, JR.,

then being approximately 24 years of age, did knowingly use a facility or means of interstate commerce, that is, the America OnLine computer service and Comcast Cable Communications, to attempt to persuade, induce, or entice, an individual who had not attained the age of 18, to engage in a sexual activity for which any person can be charged with a criminal offense, to wit, a

violation of Florida State Statute 800.04(4)(b) (Lewd or lascivious battery); in violation of Title

18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  RAFAEL  RAMUREZ, JR..

Case No:  06-80034-CR-Hurley/Vitunac

FILED by _____ D.C.

MAR 10 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Count #: 1

18 U.S.C § 2422(b)

* Max.Penalty:   5 - 30 Years Imprisonment; $250,000 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**vs.**

**RAFAEL  RAMIREZ, JR.,**

_____ /

**CASE NO.**  06-80034-CR. Hurley/Vitunac

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes ____    No  _X_
Number of New Defendants       ____
Total number of counts          ____

**Court Division:** (Select One)

____  Miami      ____  Key West
____  FTL    _X_  WPB  ____  FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:                   No

     List language and/or dialect

     FILED by ___ D.C.

     MAR 1 0 2006

     CLARENCE MADDOX
     CLERK U.S. DIST. CT.
     S.D. OF FLA. - W.P.B.

4.   This case will take   _3-4_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                          (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_____ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)      _No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No) _____No_____
If yes:
Magistrate Case No.   _____
Related Miscellaneous numbers: _____N/A_____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of   _____N/A_____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_  No

8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ____ Yes  _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?  ____ Yes  __X_ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?      ____ Yes  _X_ No

_____
**ASSISTANT UNITED STATES ATTORNEY**
Florida Bar No.  0095044

Penalty Sheet(s) attached

REV.1/14/04

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   RAFAEL RAMUREZ, JR.,

Case No:  *06-80034-CR- Hurley/Vitunac*

Counts #: 1 - 2

18 U.S.C § 2422(b)

_____

**\* Max.Penalty:**     5 - 30 Years Imprisonment; $250,000 Fine

Count #:

**\*Max. Penalty:**

Count #:

FILED by _____ D.C.

MAR 1 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No.

# UNITED STATES DISTRICT COURT

Southern _____ District of _____

Northern _____ Division Florida

# THE UNITED STATES OF AMERICA

vs.

RAFAEL RAMIREZ, JR.

# INDICTMENT

18 USC § 2422(b)

A true bill.

_____
Foreman

Filed in open court this

_____ 10 th _____

of _____ March _____, A.D. 20 0 6

_____
Clerk

Bail. $ _____

GPO 863 928