# WARRANT FOR ARREST

## United States District Court

**DISTRICT:** Southern District of Florida

**DOCKET NO.:** 06-80034-CR-Hurley/Vitunac
**MAGISTRATE CASE NO.:**

UNITED STATES OF AMERICA
v.
RAFAEL RAMIREZ, JR.

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:**
Rafael Ramirez, Jr.
2331 NE 6th Avenue
Pompano Beach, FL 33064
DOB: 6/10/1981  SSN: 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
W/M

**WARRANT ISSUED ON THE BASIS OF:**
☐ Order of Court
☒ Indictment  ☐ Information  ☐ Complaint

**TO:** United States Marshals Service or any other authorized representative

**DISTRICT OF ARREST:**
**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Solicitation of a child

FILED by ___ D.C.
MAR 10 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**IN VIOLATION OF** UNITED STATES CODE TITLE **18** SECTION **2422(b)**

**BAIL FIXED BY COURT:** Pre-trial Detention
**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
**SIGNATURE (JUDGE/U.S. MAGISTRATE):** James M. Hopkins
**DATE:** 3-10-06

**CLERK OF COURT:** CLARENCE MADDOX
**(BY) DEPUTY CLERK:** Emily Guerrero
**DATE ISSUED:** 3-10-06

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record

## BOND RECOMMENDATION

### RAFAEL RAMIREZ, JR.,

Pretrial Defendant is recommended.

*[signature]*

LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY