UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80034-CR-HURLEY/VITUNAC(s)
18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA,

vs.

RAFAEL RAMIREZ, JR.,

　　　　　Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about September 25, 2005, and continuing through on or about October 4, 2005, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**RAFAEL RAMIREZ, JR.,**

then being approximately 24 years of age, did knowingly use a facility or means of interstate commerce, that is, the America OnLine computer service and Comcast Cable Communications, to attempt to persuade, induce, or entice, an individual who had not attained the age of 18, to engage in a sexual activity for which any person can be charged with a criminal offense, to wit, a

violation of Florida State Statute 800.04(4)(b) (Lewd or lascivious battery); in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

Beginning on or about August, 2005, and continuing through on or about October 4, 2005, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

### RAFAEL RAMIREZ, JR.,

then being approximately 24 years of age, did knowingly use a facility or means of interstate commerce, that is, the America OnLine computer service, MySpace.Com and Comcast Cable Communications, to attempt to persuade, induce, or entice, an individual who had not attained the age of 18, to engage in a sexual activity for which any person can be charged with a criminal offense, to wit, a violation of Florida State Statute 794.011(8)(a) and (b) (sexual activity with a child in familial or custodial relationship); in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RAFAEL RAMIREZ, JR.,

_____/

CASE NO. 06-80034-CR-HURLEY/VITUNAC(s)

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | | |
|---|---|---|---|
| New Defendant(s) | Yes ___ | No _X_ | |
| Number of New Defendants | _0_ | | |
| Total number of counts | _2_ | | |

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL   _X_ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     No

   List language and/or dialect

4. This case will take  _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I  | 0 to 5 days    | _X_ | Petty    | ___ |
   | II | 6 to 10 days   | ___ | Minor    | ___ |
   | III| 11 to 20 days  | ___ | Misdem.  | ___ |
   | IV | 21 to 60 days  | ___ | Felony   | _X_ |
   | V  | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court?  (Yes or No)   _Yes_
   If yes:
   Judge: _Hurley_                              Case No. _06-80034-Cr-Hurley/Vitunac(s)_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _No_
   If yes:
   Magistrate Case No.  ____
   Related Miscellaneous numbers: _N/A_
   Defendant(s) in federal custody as of ____
   Defendant(s) in state custody as of  _N/A_
   Rule 20 from the ____   District of ____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes _X_ No

_____
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0095044

Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  RAFAEL  RAMUREZ, JR.,

**Case No:**  06-80034-Cr-Hurley/Vitunac(s)

Count #: 1- 2

18 U.S.C § 2422(b)

_____

**\* Max.Penalty:**   5 - 30 Years Imprisonment; $250,000 Fine

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FGJ 05-02 (WPB)

FGJ 02-071