UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80034-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

v.

RAFAEL RAMIREZ,

    Defendant.
_____/

**GOVERNMENT'S RESPONSE TO REQUEST FOR SUMMARY OF
EXPERT TESTIMONY, BASIS FOR OPINION, AND
QUALIFICATIONS PURSUANT TO FED.R.CRIM.P. §16(a)(1)(E)**

The United States of America, through the undersigned Assistant United States Attorney, hereby files this response to defendant's request for a written summary of experts' qualifications, basis and reason for opinions, and the witnesses' opinions pursuant to Fed.R.Crim.P. §16(a)(1)(E):

    **1.**    **Detective Curtis Adams - Palm Beach County Sheriff's Office**

    A.    <u>Training</u>:

        Seized Computer Evidence Recovery Specialist
        (76 hrs.) 5/2005

        Peer to Peer Training (16 hrs.) 10/2003

        KNOPPIX Train the Trainer
        (8 hrs.) 11/2004

        International Association of Computer Investigative Specialists
        (80 hrs.) 5/2004

        Intermediate EnCase Computer Forensics Guidance Software, Inc.
        (32 hrs.) 5/2003

>Expert Series Internet & E-Mail Examination EnCase Computer Forensics Guidance Software, Inc.
>(32 hrs.) 6/2004
>
>Expert Series NTFS Artifacts & File System Training EnCase Computer Forensics Guidance Software, Inc.
>(32 hrs.) 4/2005

B.  <u>Experience</u>:

>Palm Beach Sheriff's Office (PBSO)  -  1996 - Present
>Detective/Deputy Sheriff
>
>Assigned to the Computer Crimes Unit and Law Enforcement Against Child Harm Task Force

C.  <u>Duties and Qualifications</u>:

During his employment with the PBSO, Sergeant Adams served as a Patrol Officer and as a criminal investigator for approximately five years. Sergeant Adams has participated in numerous investigations, both on a historical and proactive basis, involving various crimes. During his tenure with the PBSO, Sergeant Adams successfully completed two online traveler cases in Palm Beach County. Adams has been involved in numerous cases involving child pornography and sexual crimes against children. Adams is familiar with the manner in which pedophiles or preferential sex offenders entice and encourage children to engage in sexual conduct.

Basis of Opinion

Sergeant Adams conducted a forensic examination on CV-1's to determine if there were remnants of a computer chat session between the defendant and CV-1. In addition, Sergeant Adams attached CV-1's hard drive to a device called a Fast Bloc in order to acquire data. Adams labeled the evidence and performed a bit by bit image of hard drive into the EnCase Forensic software program.

General Opinion

1.   The name raframirezjr was found in unallocated space.  In unallocated space Adams located a web page of the user name raframirezjr.  This web page was a MySpace Account and user sent the victim a message using MySpace.

2.   The AOL Instant Messenger screen name raframirezjr and the chat session between defendant and CV-1 was found.

3.   The AIM user oHcHeEeEiMcOol (CV-1) buddy list which has the suspects AIM screen name raframirezjr listed on her buddy list.

**2.      William Scott Phillips - Immigration & Customs Enforcement**

A.      <u>Education</u>:

   Associates Degree: Miami-Dade Community College 1996
   Major: Liberal Arts Minor: Criminal Justice Administration

B.      <u>Training</u>:

   Advanced Computer Evidence Recovery Training Location: ICE - Cyber Crimes Center, 2/27/06 to 3/10/06

   Secure Techniques for Onsite Previews: National White Collar Crimes Center 1/26/06 Certificate Earned

   Advanced Peer Precision Training Program: Office of Juvenile Justice and Delinquency Prevention  1/11/06 Certificate Earned

   KNOPPIX Examiner Certification:  DOJ/ Internet Crimes Against Children Task Force 5/16/2005  Certificate earned

   Forensic Computer Training Program(2005):  International Association of Computer Investigative Specialists 5/6/05 Certificate Earned

   Basis EnCase Computer Forensics Guidance Software, Inc. 8/16/02

C.  Experience:

**Immigration & Customs Enforcement** (ICE)  -  1987 - Present
Special Agent

D.  Duties and Qualifications:

During his employment with the ICE, Agent Phillips has participated in numerous investigations, both on a historical and proactive basis, involving various crimes. During his tenure with the ICE, Agent Phillips has been involved in numerous cases involving child pornography and sexual crimes against children.

## Basis of Opinion

Agent Phillips conducted a forensic examination on Ramirez' hard drive to determine if there were remnants of a computer chat session between the defendant and CV-1. In addition, Agent Phillips attached Ramirez' hard drive as the secondary device on the primary IDE cable, under the DVC-R device, which was in the Primary device position. The secondary IDE cable was attached to the CD-RW as the Primary device, while the Secondary position on that cable was not attached to any installed device. Phillips performed a bit by bit image of hard drive into the EnCase Forensic software.

## General Opinion

1. The name raframirezjr was found in multiple locations and was used in both email and instant messaging records and artifacts.

2. The following screen names were found in the AOL and AIM buddy lists:

> Tinkietink16
> Spin4ever0304
> Cukiemynstr15
> Vsurfin2869

3. The name Ashley Ritz was located in a word document.

4. The name of CV-1 was located in a word document.

**3.     Detective Patrick Paige - Palm Beach County Sheriff's Office**

A.     <u>Training</u>:

EnCE - En Case Certified Examiner

Member International Association of Computer Investigative Specialists

Certified Electronic Evidence Collection Specialist
Certified Forensic Examiner
International Association of Computer Investigative Specialists

B.     <u>Experience</u>:

Palm Beach Sheriff's Office (PBSO)  -  1989 - Present

Detective/Deputy Sheriff

Assigned to the Computer Crimes Unit and Law Enforcement Against Child Harm

Task Force

C.     <u>Duties and Qualifications</u>:

During his employment with the PBSO, Detective Paige served as a Patrol Officer and as a criminal investigator for approximately sixteen years. Detective Paige has participated in numerous investigations, both on a historical and proactive basis, involving various crimes. During his tenure with the PBSO, Detective Paige successfully completed numerous online traveler cases in Palm Beach County including U.S. v. Jerrold Levy in which he was awarded Law Enforcement Officer of the Year by the U.S. Department of Justice. Paige has been involved in numerous cases involving child pornography and sexual crimes against children including United States v. Harland

and international child pornography ring.  Paige is familiar with the manner in which pedophiles or preferential sex offenders entice and encourage children to engage in sexual conduct.

### Basis of Opinion

Detective Paige conducted a forensic examination on CV-2's hard drive to determine if there were remnants of a computer chat session between the defendant and CV-2. In addition, Detective Paige attached CV-2's hard drive to a device called a Fast Bloc in order to acquire data.  Paige labeled the evidence and performed a bit by bit image of hard drive into EnCase Forensic software.

### General Opinion

1.  Detective Paige found chat sessions between CV-2 and the Defendant on two different occasions.

**4. Conclusion**

You are hereby advised that the above is a summary only, and not an exhaustive explanation of the scientific terminology, the tests performed, and the results noted.

**5. DEMAND FOR RECIPROCAL DISCOVERY:** The government submits it has fully complied with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(E) with respect to the witness referenced above.  If defense counsel believes the government's response to be deficient in any way, defense counsel is requested to notify the undersigned.  Having thus complied with the

defendant's discovery response, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B) and (C), the government hereby demands any and all discovery to which it is entitled.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

        s/ LOTHROP MORRIS
By: LOTHROP MORRIS
       ASSISTANT U.S. ATTORNEY
       Florida Bar # 0095044
       500 Australian Avenue, Suite 400
       West Palm Beach, FL 33401
       (561) 820-8711
       (561) 820-8777 (FAX)
       LOTHROP.MORRIS@USDOJ.GOV

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 6, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

           By: s/ LOTHROP MORRIS
           LOTHROP MORRIS
           ASSISTANT U.S. ATTORNEY

## SERVICE LIST

**United States v. RAFAEL RAMIREZ, JR.**
**Case No. 06-80064-Cr-Hurley/Vitunac**
**United States District Court, Southern District of Florida**

Lothrop Morris
Assistant U.S. Attorney
Lothrop.Morris@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
Attorney for United States
[Service via CM/ECF]

Kevin R. Anderson, Esq.
Kevin R. Anderson, PA.
juristfl@bellsouth.net
515 Flagler Blvd., Ste P300
West Palm Beach, FL 33403
Telephone: (561) 832-3386
Facsimile: (561) 471-0809
Attorney for Defendant Rafael Ramirez, Jr.
[Service via CM/ECF]