UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80034-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

v.

RAFAEL RAMIREZ,

    Defendant.
_____/

## THE UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MIRROR IMAGES OF SEIZED HARD DRIVES

COMES NOW, the United States of America, by and through its undersigned Attorney, and files this Response in Opposition to defendant, Rafael Ramirez Jr.'s (Ramirez) Motion to compel production of mirror images of seized hard drives in support thereof, state as follows.

This motion is moot because the ADAM WALSH ACT of 2006 was enacted and it specifically prohibits distribution of child pornography evidence to the defense as part of the discovery process, pursuant to 18 U.S.C. § 3509(m). The relevant provision of this law states:

> Prohibition on Reproduction of Child Pornography
> (1) In any criminal proceeding, any property or material that constitutes child pornography (as defined by section 2256 of this title) shall remain in the care, custody, and control of either the Government or the court.
> (2) (A) Notwithstanding Rule 16 of the Federal Rules of Criminal Procedure, a court shall deny, in any criminal proceeding, any request by the defendant to copy, photography, duplicate, or otherwise reproduce any property or material that constitutes child pornography (as defined by section 2256 of this title), so long as the Government makes the property or material reasonably available to the defendant.
> (B) For the purposes of subparagraph (A), property or material shall be deemed to be reasonably available to the defendant if the Government provides ample opportunity for inspection, viewing, and examination at a Government facility of the property or material by the defendant, his or her attorney, and any individual the defendant may seek to qualify to furnish expert testimony at trial.

Therefore because the Adam Walsh Act provides a new definitive prohibition on the discovery of child pornography the defense motion to compel is now moot.

## **CONCLUSION**

**WHEREFORE**, the undersigned Attorney respectfully requests that this Court deny the foregoing motion to compel.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

 s/ LOTHROP MORRIS
By: LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY
Florida Bar # 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By: s/ LOTHROP MORRIS
        LOTHROP MORRIS
        ASSISTANT U.S. ATTORNEY

**SERVICE LIST**

**United States v. RAFAEL RAMIREZ, JR.**
**Case No. 06-80034-Cr-Hurley/Vitunac**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Lothrop Morris | Kevin R. Anderson, Esq. |
| Assistant U.S. Attorney | Kevin R. Anderson, PA. |
| Lothrop.Morris@usdoj.gov | juristfl@bellsouth.net |
| U.S. Attorney's Office | 515 Flagler Blvd., Ste P300 |
| 500 S. Australian Ave, Suite 400 | West Palm Beach, FL 33403 |
| West Palm Beach, FL 33401 | Telephone: (561) 832-3386 |
| Telephone: (561) 820-8711 | Facsimile: (561) 471-0809 |
| Facsimile: (561) 820-8777 | Attorney for Defendant Rafael Ramirez, Jr. |
| Attorney for United States | [Service via CM/ECF] |
| [Service via CM/ECF] | |