**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.** 06 - 80034 CR Hurley/Vitunac

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

RAFAEL RAMIREZ, JR.,
        Defendant.
_____/___

## DEFENDANT'S PRESENTENCE INVESTIGATION REPORT (PSR) OBJECTIONS

**COMES NOW**, the Defendant, Rafael Ramirez, Jr., by and through undersigned counsel, pursuant to Fed. R. Crim. Pr. 32 and presents the following objections and clarifications to the Presentence Investigation Report (PSR):

## FACTUAL OBJECTIONS AND CLARIFICATIONS

LINE NO.

5.     The Defendant asserts that the victim, K.H., was above the age of 15 (fifteen) at the time of the activity giving rise to the subject offense.

12.    The Defendant did not transmit a separately attached image of himself to K.H.  The *MySpace.com* composite profile consisted of the Defendant's photograph moniker. Accordingly, any communication, whether initiated or responded to by the Defendant, would include his photograph along with the communication to the intended recipient.

13.    The Defendant describes the relationship as one of teacher-student and, friendship, not boyfriend-girlfriend.  He would also object to, or otherwise clarify, the following:

        a.     Objection to *multiple sexual acts* or *ongoing sexual activity* with the victim.

1

    b.      The Defendant denies taking aside and kissing M.B.

    c.      The Defendant locked the interior/exterior doors of the band room pursuant to his assigned duties at his work site and not to ensure seclusion with, or imprisonment of the victim, M.B.

14.    The Defendant denies engaging in inappropriate conversations which were alleged to have consisted of a sexual nature between himself and a third potential victim.

67.    The Defendant resigned, rather than was terminated, from the Palm Beach County School District.

71.    The Defendant still owes a balance of $14,901.46 on his vehicle.

## LEGAL OBJECTIONS

25.    **Care, Custody or Supervisory Control**: The Defendant was not the victim, K. H.'s teacher at the time of the criminal conduct.  K. H. was enrolled in one of the Defendant's classes the academic school year prior to the allegations.  The Defendant was also not responsible for supervising or instructing K. H. in extracurricular activities during the time frame that the illegal conduct occurred.

## MEMORANDUM OF LAW

The Defendant asserts that the victim, K. H., was not under his care, custody or supervisory control at the time of the events giving rise to Count One of the Superseding Indictment.  The Court should look to the actual relationship existing between the Defendant and minor, not merely to the legal status of such relationship.[1]  The Defendant's criminal conduct consisted of internet communications, some of which, were initiated by the victim, K. H.  None of the communications occurred during

---

[1] *See U.S.S.G.* 2G1.3(b)(1)(B), Commentary, Application Notes, 2(A).

school hours, through school district resources, or, as a result of the victim's trust for the Defendant. Moreover, the Defendant was not a person to whom the victim had been entrusted when the crime occurred. Proximity does not establish custody.[2]

**WHEREFORE** the defense submits his objections and proposed clarifications to this Honorable Court.

**Date:** April 18 , 2007

Respectfully submitted,
West Palm Beach, FL

_____
                \s\

Kevin R. Anderson, Esq.
Florida Bar Number: 0044857
Juristfla@Bellsouth.net
500 S. Australian Drive, Ste., 622
West Palm Beach, FL 33401
561) 832-3386 Office
561) 471-0809 Fax

Attorney for Defendant, Rafael Ramirez, Jr.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this **18th** day of  **April ,** 2007  by CM/ECF on all counsel of record on the attached service list.

_____

[2] *See U.S. v. Blue*, 255 F.3d 609, 614 (8th Cir., 2001).

3

## SERVICE LIST

**Case No.** 06 - 80034 CR Hurley/Vitunac

AUSA Lothrop Morris, Esq.
Florida Bar Number: 0095044
500 S. Australian Avenue, 4th Floor
West Palm Beach,  FL 33401
(561) 209-1013 Office
(561) 659-4526 Fax
Attorney for the United States

Kevin R. Anderson, Esq.
Florida Bar Number: 0044857
500 S. Australian Ave., Ste. 622
West Palm Beach, FL 33401
(561) 832-3386 Office
(561) 471-0809 Fax
Attorney for Defendant